IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| KEVIN WAYNE MOORE | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 6:15cv450 |
| | § | |
| FEDERAL INSURANCE COMPANY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (ECF 34), filed on February 16, 2016, recommends that Plaintiff's Motion to Dismiss with Prejudice (ECF 33) be granted. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice (ECF 33) is **GRANTED** and the complaint is **DISMISSED** with prejudice.

**SIGNED this 7th day of March, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE