**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **KEVIN WAYNE MOORE** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 6:15-CV-450** |
| | § | |
| **FEDERAL INSURANCE COMPANY** | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration.   A decision having been duly rendered,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

 **SIGNED this 7th day of March, 2016.**




MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE